**Susan E. Bindler**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

October 23, 2025

Lisa A. Mathewson
MATHESON LAW, LLC.
Suite 2027
1617 John F. Kennedy Boulevard
Philadelphia, PA 19103

> RE: 24-3203 United States v. Mohamed Ismail
> 25-1564 United States v. Mukhtar Shariff
> 25-2657 United States v. Abdiaziz Farah
> 25-2796 United States v. Hayat Nur

Dear Counsel:

The status report due on October 15, 2025 has been filed pursuant to this Court's August 15, 2025 Order. Please file with this office a status report regarding developments in the case by November 17, 2025.

Susan E. Bindler
Clerk of Court

NDG

cc: Craig Raymond Baune
Carla R Bebault
Brittany Blesener
Daniel Bobier
Clerk, U.S. District Court, District of Minnesota
Abdiaziz Shafii Farah
Vadim A. Glozman
Mohamed Jama Ismail
Harry Jacobs
Lynne Krenz
Nathan Hoye Nelson
Hayat Mohamed Nur
Rachel K. Paulose
Renee Rogge
Samuel A. Savage
Mukhtar Mohamed Shariff
Lori Ann Simpson

Joseph H Thompson
Barry S. Zone


District Court/Agency Case Number(s):  0:22-cr-00124-NEB-2
                                       0:22-cr-00124-NEB-7
                                       0:22-cr-00124-NEB-1
                                       0:22-cr-00124-NEB-8