UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

| UNITED STATES OF AMERICA: | | |
|---|---|---|
| | : | **Nos. 24-3203, 25-1564,** |
| v. | : | **25-2657 (Cons.)** |
| | : | |
| MOHAMED ISMAIL, | : | |
| MUKHTAR MOHAMED | : | |
| SHARIFF, ABDIAZIZ FARAH | : | D.C. No. 0:22-cr-124-1, 2, 7 |
| | : | (District of Minnesota) |
| Appellants. | : | |

## STATUS REPORT OF CONSOLIDATED APPELLANTS

On August 15, 2025 the Court stayed proceedings and directed consolidated appellants Mohamed Ismail and Mukhtar Shariff to file monthly status reports beginning September 15, 2025. On October 23, 2025 the Court extended the August 15 Order to the four consolidated appeals for the status report due today, November 17, 2025.[1]

Appellants Ismail, Shariff, and Farah respectfully report the following:

(1) The Court granted appellant Abdiaziz Farah's Motion to Substitute Counsel on October 20, 2025.

---

[1] Undersigned counsel for Appellant Shariff attempted to reach counsel for the fourth consolidated appellant, Hayat Nur (No. 25-2796), to invite them to join this filing on her behalf, but was unsuccessful.

(2) Trial co-defendant Abdimajid Nur [No. 22-cr-124-4] has not yet been sentenced. On November 7, 2025 the district court granted a defense motion to continue the sentencing hearing because defense counsel had developed an unresolvable scheduling conflict. The court continued sentencing from November 10, 2025 to November 24, 2025.

Respectfully submitted,

/s/ *Lisa A. Mathewson*
Lisa A. Mathewson
Mathewson Law LLC
1617 John F. Kennedy Blvd., Suite 2027
Philadelphia, PA 19103
215-399-9592
lam@mathewson-law.com

*Attorney for Appellant Mukhtar Shariff*

/s/ *Rachel K. Paulose*
Rachel K. Paulose
Attorney ID No. 0280902
763-204-2069
rkpaulose@hotmail.com

*Attorney for Appellant Mohamed Ismail*

/s/ *Vadim A. Glozman*
Vadim A. Glozman
Glozman Law
53 W. Jackson Blvd., Suite 1150
Chicago, Illinois 60604
312-726-9015
vg@glozmanlaw.com

November 17, 2025        *Attorney for Appellant Abdiaziz Farah*

2

## CERTIFICATE OF SERVICE

    I certify that on this date I filed the foregoing status report via this Court's CM/ECF system, which will automatically serve it upon the parties of record.

                                                          /s/ *Lisa A. Mathewson*

Date:  November 17, 2025