# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No. 24-3203

United States of America

Appellee

v.

Mohamed Jama Ismail

Appellant

No. 25-1564

United States of America

Appellee

v.

Mukhtar Mohamed Shariff

Appellant

No. 25-2657

United States of America

Appellee

v.

Abdiaziz Shafii Farah, also known as Abdiaziz S. Farah

Appellant

No. 25-2796

United States of America

Appellee

v.

Hayat Mohamed Nur

Appellant

**ORDER**

Appellants may have until December 1, 2026, to file the opening briefs.

May 26, 2026

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Susan E. Bindler

Appellate Case: 25-1564    Page: 2    Date Filed: 05/26/2026 Entry ID: 5643753