**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA: | | |
| | : | **Nos. 24-3203, 25-1564,** |
| v. | : | **25-2657** |
| | : | |
| MOHAMED ISMAIL, | : | |
| MUKHTAR SHARIFF, | : | |
| ABDIAZIZ FARAH, | : | D.C. No. 0:22-cr-124-1, 2, 7, 8 |
| | : | (District of Minnesota) |
| Appellants. | : | |

**MOTION TO WITHDRAW AS COUNSEL**

Scott A.C. Meisler, attorney for plaintiff-appellee the United States of America, respectfully moves for leave to withdraw as counsel in the above-captioned matters on the following grounds:

**1.** These are consolidated appeals from judgments entered against appellants Ismail, Shariff, and Farah in a criminal case. Under the scheduling order entered on May 26, 2026, appellants' opening briefs are due on December 1, 2026.

**2.** One of the attorneys for the government in these consolidated appeals, Scott Meisler, is separating from the Department of Justice as of October 16, 2026, and thus will no longer be able to represent the United States in these matters. The government is separately represented, however, by Assistant U.S. Attorney Lisa Kirkpatrick. Mr. Meisler has

also been informed that attorneys from the National Fraud Enforcement Division of the Department of Justice will enter appearances in these cases. Mr. Meisler's withdrawal will therefore cause no lapse in representation for the United States.

For the foregoing reasons, Mr. Meisler respectfully moves for leave to withdraw as counsel.

Respectfully submitted,

/s/Scott Meisler
SCOTT A.C. MEISLER
*U.S. Department of Justice*
*950 Penn. Ave. NW, Ste. 1264*
*Washington, DC 20530*
*(202) 307-3803*
*scott.meisler@usdoj.gov*

October 14, 2026

## CERTIFICATE OF SERVICE

I certify that on this date I filed the foregoing Motion to Withdraw via this Court's CM/ECF system, which will automatically serve it upon the parties of record.

/s/ *Scott A.C. Meisler*

## CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 32(g), I certify that this motion complies with Fed. R. App. P. 27(d) because it has been prepared in 14-point Century Schoolbook Linotype, a proportionally spaced font, and contains 171 words.

/s/ *Scott A.C. Meisler*

Date: October 14, 2026